UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08CV-4809

J&J SPORTS PRODUCTIONS, INC. as Broadcast Licensee of
November 10, 2007 Cott/Mosley Program          Plaintiff(s)/Petitioner(s)    AFFIDAVIT
                                  against                                    OF
DIANE HENGSTLER, Individually, and as officer director, shareholder,         SERVICE
and/or principal of VAS REST CORP. dba ORBITZ aka ORBIT EAST HARLEM
                                                 Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF   New York SS:

Keith P. Karaha, License No. 1212668    being duly sworn, says that the deponent is not a party to this action, is over 18 years age and resides at Bronx County.

That on 6/11/2008, at 11:19 AM, at 501 E. 118th St., Apt. 4A, New York, NY, 10035 deponent served the Summons, Complaint, Rule 7.1 Individual Practices of Judge and Magistrate Judge, Consent to Proceed before Magistrate, Instructions to Attorneys and Procedures for Electronic Case Filing on Diane Hengstler, Individually, and as officer director, shareholder, and/or principal of VAS REST CORP. dba ORBITZ aka ORBIT EAST HARLEM, therein named

PERSONAL [x]   by delivering a true copy of each to said respondent/recipient personally; deponent knew the person so served to be described as said recipient therein. **Diane Hengstler**

CORPORATION []   a corporation, by delivering thereat true copy of each to, personally, deponent knew said corporation so served to be the corporation described in said papers as said recipient and knew said individual to be thereof.

SUITABLE AGE PERSON []   by delivering a true copy of each to a person of suitable age and discretion who was willing to receive same on behalf of all defendants. Said premises are the recipient's within the state.

AFFIXING TO DOOR, ETC. []   by affixing a true copy of each to the door of said premises, which is the respondent(s) within the state. Deponent was unable, with due diligence to find respondent or a person of suitable age and discretion thereat, having called there

MAILING USE WITH []   Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to respondent at respondent's last known address at 501 E. 118th St., Apt. 4A, New York, N.Y., and deposited said wrapper in an official depository under exclusive care and custody of the United States Postal Service within New York State, marked personal and confidential.
The mailing was made after such delivering to such suitable person or such affixing.

DESCRIPTION OF RECIPIENT

| Sex | Color | Hair | Approx Age | Approx Height | Approx Weight |
|---|---|---|---|---|---|
| F | WHITE | BLOND | 40 | 5'7 | 140 |

Other Identifying Features:

Sworn to before me on JUN 13 2008
Steven Stewart
Notary Public, State of New York
No. 01ST5006253
Qualified in Queens County
Commission Expires Sept. 23, 2010

Keith P. Karaha
License No.: 1212668

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the November 10, 2007 Cotto/Mosley Program,

Plaintiff,

V.

DIANE HENGSTLER, Individually, and as officer, director, shareholder and/or principal of VAS REST CORP. d/b/a ORBITZ a/k/a ORBIT EAST HARLEM, and VAS REST CORP. d/b/a ORBTIZ a/k/a ORBIT EAST HARLEM,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4809

JUDGE LYNCH

T.O: (Name and address of Defendant)

DIANE HENGSTLER, Individually, and as officer, director, shareholder and/or principal of VAS REST CORP. d/b/a ORBITZ a/k/a ORBIT EAST HARLEM
501 E. 118th Street, Apt. 4A
New York, New York 10035

Our File No. 07-16-S02V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  *Catherine Lapsley* (signature)

(By) DEPUTY CLERK

DATE  MAY 2 2 2008